```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JACKIE McDOWELL, ET AL.         :
                                :         CIVIL ACTION
        v.                      :
                                :         No. 97-2302
THE PHILADELPHIA HOUSING        :
AUTHORITY, ET AL.               :

<u>ORDER</u>

AND NOW, this 15th day of May, 2006, IT IS ORDERED:

1)  Plaintiff's Motion in Limine to Preclude Expert Testimony of John F. Washek (Docket Entry 89) is DENIED, in accordance with the ruling during oral argument held on January 30, 2006;

2)  Defendants' Motion in Limine to Preclude Expert Testimony of Leonard Cupingood (Docket Entry 110) is DENIED, in accordance with the ruling during oral argument held on March 8, 2006;

3)  Plaintiff's Motion to Compel (Docket Entry 91), defendants' Motion to Quash (Docket Entry 92), and Judith L. Mondre's Motion to Quash (Docket Entry 95) are DISMISSED AS MOOT.

                                BY THE COURT:


                                  /s/ John P. Fullam
                                John P. Fullam,         Sr. J.