```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JACKIE McDOWELL, et al.          :     CIVIL ACTION
                                 :
        v.                       :
                                 :
PHILADELPHIA HOUSING AUTHORITY,  :
et al.                           :     NO. 97-2302

<u>ORDER</u>

AND NOW, this 12th day of October 2006, upon consideration of the motion of the defendant Philadelphia Housing Authority to vacate the Consent Decree, and the motion of plaintiffs to enforce the Consent Decree, and plaintiffs' motion for sanctions, IT IS ORDERED:

    1.   The defendant's motion to vacate the Consent Decree is DENIED, without prejudice to the defendant's right to make further application(s) to this court for modification of the Consent Decree to effectuate changes in procedure permitted or required by the MTW Agreement which are approved by HUD.

    2.   Plaintiffs' motion to enforce the Consent Decree is GRANTED in part.  Within 30 days, the defendant shall file with this court and serve upon plaintiffs' counsel a report setting forth the defendant's calculation of the appropriate amount to be awarded plaintiffs in order to achieve compliance with the Consent Decree, as interpreted by the Court of Appeals, covering the entire period to date.  Plaintiffs may file written objections to the defendant's calculations within 10 days after

the report is filed, whereupon a further hearing will be scheduled if necessary.

      3.  Plaintiffs' motion for contempt citation and sanctions will be ruled upon in conjunction with the determination of the appropriate amount due plaintiffs.

                                          BY THE COURT:

                                          /s/ John P. Fullam
                                          John P. Fullam, Sr. J.