# EXHIBIT "C"



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com
October 31, 2010

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D.  48-1294380

INVOICE

RE:  **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period August 19, 2010 to October 31, 2010.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$4,050.00**

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

### DRI's Timesheet and Summary of Services (8/19/10 - 10/31/10)

|          |       | Total Hrs | Fee        |
|----------|-------|-----------|------------|
| MLG      |       | 4.50      | $787.50    |
| HTB      |       | 11.25     | $3,262.50  |
|          | Total:|           | $4,050.00  |

|            |                                                                                                                                                  | Time Expended |      |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------|---------------|------|
| Date       | Description of Activity                                                                                                                           | HTB           | MLG  |
| 8/19/2010  | Review of correspondence from Attorney Brooks with Judge Fullam's August 12, 2010 Order; review of Order; preparation of correspondence to counsel regarding initial conference | 1.25          |      |
| 8/31/2010  | Preparation of correspondence to counsel to reschedule conference                                                                                 | 0.25          |      |
| 9/1/2010   | Preparation and filing of Rule 53(b)(3) Affidavit                                                                                                 | 1.00          |      |
| 9/21/2010  | Review of Attorney Kessler's correspondence regarding continuance of conference                                                                   | 0.25          |      |
| 9/23/2010  | Correspondence to counsel and conducting of scheduling conference with counsel                                                                    | 0.50          |      |
| 9/24/2010  | Preparation of Special Master Order No. 1                                                                                                         | 1.00          | 0.50 |
| 10/8/2010  | Call with counsel and preparation of Special Master Order No. 2                                                                                   |               | 0.50 |
| 10/12/2010 | Review of submissions from CLS and PHA, including review and analysis of Third Circuit opinion, in advance of status conference                   | 1.75          |      |
| 10/15/2010 | Preparation of memo to file regarding issues and positions of parties                                                                             |               | 1.00 |
| 10/18/2010 | Preparation for and attendance at status conference with counsel and preparation of summary file memorandum                                       | 2.25          | 1.75 |
| 10/20/2010 | Preparation of correspondence to counsel with briefing and submission schedule                                                                    | 1.25          |      |
| 10/22/2010 | Preparation of correspondence to counsel re: oral argument                                                                                        |               | 0.25 |
| 10/25/2010 | Review of correspondence from PHA re: stipulations                                                                                                | 0.50          |      |
| 10/26/2010 | Review of correspondence from PHA to Discovery Master and Judge Fullam re: requests for extension of Master report deadline                       | 0.75          |      |
| 10/27/2010 | Calls with counsel for PHA and CLS re: requests for extension                                                                                     |               | 0.50 |
| 10/28/2010 | Preparation of correspondence to Judge Fullam joining in request for extension                                                                    | 0.50          |      |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com
November 30, 2010

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

RE: **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.***
**U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period November 1, 2010 to November 30, 2010.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$2,698.75**

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

### DRI's Timesheet and Summary of Services (11/1/10 - 11/30/10)

|       | Total Hrs | Fee        |
|-------|-----------|------------|
| MLG   | 1.75      | $306.25    |
| HTB   | 8.25      | $2,392.50  |

**Total:** $2,698.75

| Date | Description of Activity | Time Expended | |
|------|-------------------------|---------|-----|
|      |                         | HTB | MLG |
| 11/9/2010 | Review of correspondence from PHA; conference call with counsel and prep of correspondence | 1.50 | 0.25 |
| 11/17/2010 | Review of set-off briefs submitted by PHA and CLS | 2.75 | 0.75 |
| 11/18/2010 | Further review of set-off briefs and cited authorities; prep of memo to file | 3.50 | 0.75 |
| 11/22/2010 | Review of correspondence from P. Brooks re: continuance request and response | 0.50 | |
|      |                         | | |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com
December 31, 2010

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

### INVOICE

RE: **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
<u>U.S. District Court E.D.PA., No. 97-cv-2302-JF</u>**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period December 1, 2010 to December 31, 2010.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**<u>$623.75</u>**

THANK YOU FOR YOUR CONFIDENCE — WE APPRECIATE YOUR BUSINESS

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|     | Total Hrs | Fee      |
| --- | --------- | -------- |
| MLG | 0.25      | $43.75   |
| HTB | 2.00      | $580.00  |
|     | Total:    | $623.75  |

### DRI's Timesheet and Summary of Services (12/1/10 - 12/31/10)

|            |                                                                                                                                                                                                                                      | Time Expended | |
| ---------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---- | ---- |
| Date       | Description of Activity                                                                                                                                                                                                              | HTB  | MLG  |
| 12/1/2010  | Conference call with counsel re: requests for continuances                                                                                                                                                                          |      | 0.25 |
| 12/2/2010  | Correspondence to counsel re: conference call and continuances                                                                                                                                                                     | 0.75 |      |
| 12/17/2010 | Review of email correspondence from counsel for PHA regarding further continuances; review of reply email from plaintiff's counsel; prep of correspondence to counsel with continued dates, and effecting schedule changes to accommodate requests | 1.25 |      |



# THE
# DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

January 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE: McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period January 1, 2011 to January 31, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................$5,354.75

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|     | Total Hrs | Fee |
| --- | --- | --- |
| MLG | 4.25 | $743.75 |
| HTB | 15.90 | $4,611.00 |

**Total:** $5,354.75

## DRI's Timesheet and Summary of Services (1/1/11 - 1/31/11)

| Date | Description of Activity | Time Expended HTB | Time Expended MLG |
| --- | --- | --- | --- |
| 1/19/2011 | Review of reply briefs of CLS and PHA and review of pertinent case law | | 3.25 |
| 1/20/2011 | Continued preparation for upcoming oral argument, including further review of briefs and pertinent case law and attendance at oral argument | 5.75 | 1.50 |
| 1/21/2011 | Review of correspondence from A. Kessler | 0.50 | |
| 1/24/2011 | Initial preparation of Special Master Determination, including review of cited cases | 2.90 | 1.50 |
| 1/26/2011 | Final preparation of Special Master Determination | 3.50 | 1.25 |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

February 28, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

RE:   **McDowell**, *et al.* **v. Philadelphia Housing Authority**, *et al.*
      **U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period February 1, 2011 to February 28, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period .................................**$2,044.50**

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

**Total:** $2,044.50

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 0.00 | $0.00 |
| HTB | 7.05 | $2,044.50 |

### DRI's Timesheet and Summary of Services (2/1/11 - 2/28/11)

| Date | Description of Activity | Time Expended | |
|---|---|---|---|
|  |  | HTB | MLG |
| 2/1/2011 | Review of Settlement Agreement in Phillips v. PHA; review of correspondence from A. Kessler | 1.25 | |
| 2/3/2011 | Preparation of correspondence to counsel re: A. Kessler's 2/1/11 correspondence | 0.25 | |
| 2/11/2011 | Review of 2/10/11 correspondence from A. Kessler; prep of correspondence to counsel re: briefing extensions | 0.75 | |
| 2/15/2011 | Review of 2/14/11 correspondence from M. Donahue in response to A. Kessler's 2/1/11 correspondence | 0.30 | |
| 2/23/2011 | Review of briefs submitted by Plaintiffs and Defendant and case law relied upon by the parties | 3.50 | |
| 2/24/2011 | Review of position paper submitted by Plaintiffs | 1.00 | |



# THE
# DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18ᵀᴴ AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

March 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17ᵗʰ Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

---

INVOICE

**RE:**  **McDowell,** *et al.* **v. Philadelphia Housing Authority,** *et al.*
<u>**U.S. District Court E.D.PA., No. 97-cv-2302-JF**</u>

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period March 1, 2011 to March 31, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ...............................**$2,900.50**

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

| | Total Hrs | Fee |
|---|---|---|
| MLG | 0.50 | $87.50 |
| HTB | 9.70 | $2,813.00 |

**Total:** **$2,900.50**

### DRI's Timesheet and Summary of Services (3/1/11 - 3/31/11)

| | | Time Expended | |
|---|---|---|---|
| Date | Description of Activity | HTB | MLG |
| 3/3/2011 | Preparation and issuance of Special Master Interlocutory Order No. 3 | 2.75 | |
| 3/16/2011 | Preparation and issuance of Preliminary Interlocutory Determination of Special Master Regarding Determination of All Issues for Second Non-Compliance Period | 1.50 | |
| 3/21/2011 | Receipt and review of 3/21/11 correspondence from A. Kessler | 0.50 | |
| 3/23/2011 | Receipt and review of 3/23/11 correspondence from M. Donahue; preparation of correspondence to counsel regarding scheduling of informal conference | 0.75 | |
| 3/23/2011 | Calls with counsel regarding availability of counsel for the conference | | 0.50 |
| 3/25/2011 | Receipt and review of 3/24/11 correspondence from A. Kessler re: production of documents | 0.50 | |
| 3/28/2011 | Preparation of correspondence to counsel re: re-scheduling conference | 0.20 | |
| 3/30/2011 | Preparation of correspondence to counsel re: agenda for conference | 1.00 | |
| 3/31/2011 | Preparation of correspondence to counsel re: production of documents; review of exemplar charts provided by counsel for PHA | 2.50 | |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

April 30, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

---

INVOICE

**RE:** **McDowell,** *et al.* **v. Philadelphia Housing Authority,** *et al.*
**U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period April 1, 2011 to April 30, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$2,511.25**

THANK YOU FOR YOUR CONFIDENCE — WE APPRECIATE YOUR BUSINESS

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|     | Total Hrs | Fee |
| --- | --- | --- |
| MLG | 2.75 | $481.25 |
| HTB | 7.00 | $2,030.00 |

**Total:** $2,511.25

### DRI's Timesheet and Summary of Services (4/11/11 - 4/30/11)

| Date | Description of Activity | Time Expended | |
| --- | --- | --- | --- |
|  |  | **HTB** | **MLG** |
| 4/4/2011 | Preparation for and attendance at conference with counsel; review of 3/31/11 correspondence from M. Donahue | 2.00 | 0.75 |
| 4/5/2011 | Preparation and issuance of Special Master Interlocutory Order No. 4 | 2.25 | |
| 4/14/2011 | Receipt and review of 4/14/11 correspondence from A. Kessler to J. Fullam | 0.50 | |
| 4/26/2011 | Receipt and review of 4/25/11 correspondence from M. Donahue; preparation of correspondence to Judge Goldberg | 0.75 | |
| 4/27/2011 | Receipt and review of 4/25/11 correspondence from S. Kosta with revised exemplars; receipt and review of 4/26/11 correspondence from A. Kenis with revised sanctions list; preparation for and attendance at conference with counsel | 0.75 | 1.25 |
| 4/28/2011 | Preparation and issuance of Special Master Interlocutory Order No. 5 | 0.75 | 0.75 |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

May 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

---

INVOICE

RE: **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period May 1, 2011 to May 31, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................$3,832.50

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 4.50 | $787.50 |
| HTB | 10.50 | $3,045.00 |

**Total:** **$3,832.50**

### DRI's Timesheet and Summary of Services (5/11/11 - 5/31/11)

|  |  | Time Expended | |
|---|---|---|---|
| Date | Description of Activity | HTB | MLG |
| 5/10/2011 | Preparation of Special Master Interlocutory Order No. 6 | 1.75 | 0.75 |
| 5/12/2011 | Review of PHA's memorandum re: Interlocutory Order No. 5 | 1.50 |  |
| 5/24/2011 | Review of plaintiffs' memorandum re: Interlocutory Order No. 5; Preparation for and attendance at status conference with counsel | 2.50 | 0.75 |
| 5/25/2011 | Preparation of status update correspondence to Judge Goldberg | 1.50 | 0.50 |
| 5/26/2011 | Attendance at status conference with Judge Goldberg at Federal Courthouse; review of file and briefs; preparation of Special Master Interlocutory Order No. 7 | 2.75 | 2.00 |
| 5/31/2011 | Preparation of correspondence to counsel; receipt and review of correspondence from A. Kenis | 0.50 | 0.50 |



# THE
# DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

Jun 30, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

---

## INVOICE

**RE:  McDowell,** *et al.* **v. Philadelphia Housing Authority,** *et al.*
<u>**U.S. District Court E.D.PA., No. 97-cv-2302-JF**</u>

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period June 1, 2011 to June 30, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$4,659.75**

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 5.25 | $918.75 |
| HTB | 12.90 | $3,741.00 |

**Total:** $4,659.75

### DRI's Timesheet and Summary of Services (6/1/11 - 6/30/11)

| Date | Description of Activity | Time Expended | |
|---|---|---|---|
| | | HTB | MLG |
| 6/1/2011 | Preparation of correspondence to counsel re: rescheduling conference | | 0.25 |
| 6/8/2011 | Preparation for and attendance at conference with counsel; preparation of memo to file | 3.75 | 1.50 |
| 6/14/2011 | Review of correspondence from A. Kessler; preparation of correspondence to counsel | 1.50 | 0.50 |
| 6/15/2011 | Preparation of correspondence to counsel | | 0.25 |
| 6/16/2011 | Preparation of Special Master Interlocutory Order No. 8; cancelation of previously scheduled conference | 3.00 | 1.25 |
| 6/21/2011 | Review of correspondence from A. Kessler | 0.50 | |
| 6/22/2011 | Review of correspondence from M. Donahue; preparation for and attendance at conference with counsel; preparation of memo to the file | 1.75 | |
| 6/23/2011 | Review of conference notes and prior submissions of parties and preparation of Special Master Interlocutory Order No. 9 | 1.90 | 1.50 |
| 6/29/2011 | Month-end file review | 0.50 | |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

July 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

RE:   **McDowell,** *et al.* **v. Philadelphia Housing Authority,** *et al.*
      **U.S. District Court E.D.PA., No. 97-cv-2302-JF**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period July 1, 2011 to July 31, 2011.

> This invoice represents the interim
> fee for said services rendered
> during the above-referenced period ..................................**$1,572.50**

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-JF

|     | Total Hrs | Fee |
| --- | --- | --- |
| MLG | 0.70 | $122.50 |
| HTB | 5.00 | $1,450.00 |

**Total:**  $1,572.50

### DRI's Timesheet and Summary of Services (7/1/11 - 7/31/11)

|  |  | Time Expended | |
| --- | --- | --- | --- |
| Date | Description of Activity | HTB | MLG |
| 7/8/2011 | Review of PHA's Motion to Reinforce Limited Authority and review of cases cited therein |  | 1.50 |
| 7/18/2011 | Preparation of correspondence to Judge Goldberg; correspondence to counsel re: adjournment of July 20, 2011 conference with counsel | 1.50 | 0.40 |
| 7/19/2011 | Review correspondence from CLS regarding payments to deceased class members, review of various proposals re: locator services and correspondence regarding same; review of correspondence from S. Kosta with status update | 1.00 | 0.30 |
| 7/22/2011 | Review of CLS's status update correspondence | 0.50 |  |
| 7/25/2011 | Review of status update from S. Kosta | 0.50 |  |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

August 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:** **McDowell**, *et al.* **v. Philadelphia Housing Authority**, *et al.*
**U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period August 1, 2011 to August 31, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$827.00**

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|     | Total Hrs | Fee      |
| --- | --------- | -------- |
| MLG | 0.50      | $87.50   |
| HTB | 2.55      | $739.50  |

Total: **$827.00**

### DRI's Timesheet and Summary of Services (8/1/11 - 8/31/11)

| Date | Description of Activity | Time Expended HTB | Time Expended MLG |
| --- | --- | --- | --- |
| 8/2/2011 | Review of response of CLS re: PHA's Motion to Reinforce Limited Authority | 0.75 | |
| 8/8/2011 | Review of A. Kessler's 8/5/11 correspondence to CLS re: PHA's request for CLS to amend its response | 0.40 | |
| 8/11/2011 | Review of Amended Response of CLS and Order of Judge Goldberg | 0.50 | . |
| 8/16/2011 | Correspondence to counsel re: status updates | | 0.50 |
| 8/25/2011 | Review of PHA's Motion for Leave to File Reply to CLS' Response, review of Reply, and review of Order of Judge Goldberg | 0.90 | |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

September 30, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:** **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period September 1, 2011 to September 30, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period .................................$2,675.25

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

### DRI's Timesheet and Summary of Services (9/1/11 - 9/30/11)

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 1.45 | $253.75 |
| HTB | 8.35 | $2,421.50 |

**Total:** $2,675.25

| Date | Description of Activity | Time Expended HTB | Time Expended MLG |
|---|---|---|---|
| 9/1/2011 | Review of Sur-Reply Brief and review of status reports |  | 1.50 |
| 9/7/2011 | Review of motions and replies filed by counsel; preparation for and attendance at hearing with Judge Goldberg | 5.00 |  |
| 9/9/2011 | Review of correspondence from A. Kessler | 0.10 |  |
| 9/21/2011 | Preparation for and meeting with counsel and preparation of Special Master Order No. 10 | 1.50 | 1.25 |
| 9/22/2011 | Correspondence to counsel with Order; review of Judge Goldberg's Order | 0.25 | 0.20 |



# THE
# DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18ᵀᴴ AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

November 30, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17ᵗʰ Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:** **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period October 1, 2011 to November 30, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................**$2,849.50**

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|     | Total Hrs | Fee        |
|-----|-----------|------------|
| MLG | 1.70      | $297.50    |
| HTB | 8.80      | $2,552.00  |

Total: **$2,849.50**

### DRI's Timesheet and Summary of Services (10/1/11 – 11/30/11)

| Date | Description of Activity | Time Expended | |
|------|------------------------|:---:|:---:|
| | | HTB | MLG |
| 10/3/2011 | Preliminary preparation for master's report | 1.50 | |
| 10/10/2011 | Call with S. Kosta re: status conference; correspondence with counsel | | 0.50 |
| 10/12/2011 | Correspondence with counsel re: status conference; cancellation of status conference | 1.00 | 0.25 |
| 11/2/2011 | Correspondence to counsel re: status | 0.50 | |
| 11/4/2011 | Correspondence to counsel re: scheduling status conference | | 0.20 |
| 11/5/2011 | Review of CLS status report dated 11/4/11 | 0.75 | |
| 11/7/2011 | Review of PHA status report | 0.75 | |
| 11/14/2011 | Further preliminary preparation for master's report | 2.00 | |
| 11/16/2011 | Call with counsel; correspondence to counsel re: rescheduling of status conference; cancellation of status conference | 1.00 | 0.50 |
| 11/29/2011 | Call with counsel; correspondence to counsel re: rescheduling of status conference and request for status report on settlement negotiations | 0.30 | 0.25 |
| 11/30/2011 | Cancellation of status conference | 1.00 | |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

December 31, 2011

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

---

INVOICE

**RE:** **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period December 1, 2011 to December 31, 2011.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ................................$450.00

THANK YOU FOR YOUR CONFIDENCE — WE APPRECIATE YOUR BUSINESS

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|     | Total Hrs | Fee      |
| --- | --------- | -------- |
| MLG | 0.50      | $87.50   |
| HTB | 1.25      | $362.50  |

**Total:** $450.00

### DRI's Timesheet and Summary of Services (12/1/11 - 12/31/11)

|           |                                                        | Time Expended | |
| --------- | ------------------------------------------------------ | ---- | ---- |
| Date      | Description of Activity                                | HTB  | MLG  |
| 12/2/2011 | Review of status update from M. Donohue                | 0.75 |      |
| 12/6/2011 | Review of status update from A. Kessler                | 0.50 |      |
| 12/7/2011 | Correspondence with counsel re: scheduling conference  |      | 0.25 |
| 12/9/2011 | Correspondence with counsel re: scheduling conference  |      | 0.25 |



# THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

January 31, 2012

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:   McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period January 1, 2012 to January 31, 2012.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ...............................**$1,350.25**

THANK YOU FOR YOUR CONFIDENCE. WE APPRECIATE YOUR BUSINESS

# The Dispute Resolution Institute
## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 1.75 | $306.25 |
| HTB | 3.60 | $1,044.00 |

**Total:** **$1,350.25**

### DRI's Timesheet and Summary of Services (1/1/12 – 1/31/12)

| Date | Description of Activity | Time Expended | |
|---|---|---|---|
| | | HTB | MLG |
| 1/6/2012 | Correspondence to counsel | | 0.25 |
| 1/20/2012 | Review of status update from M. Donahue | 0.30 | |
| 1/26/2012 | Conference call with counsel | 0.50 | 0.50 |
| 1/27/2012 | Preparation of Special Master Order No. 11 and correspondence to counsel | 1.60 | 0.75 |
| 1/31/2012 | Correspondence to Judge Goldberg with status update and request for extension | 1.20 | 0.25 |



# THE
# DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

**DIRECTOR**
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

February 29, 2012

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:**  **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.***
**U.S. District Court E.D.PA., No. 97-cv-2302-MSG**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period February 1, 2012 to February 29, 2012.

This invoice represents the interim
fee for said services rendered
during the above-referenced period .................................$2,794.75

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|  | Total Hrs | Fee |
|---|---|---|
| MLG | 2.05 | $358.75 |
| HTB | 8.40 | $2,436.00 |

**Total:** $2,794.75

### DRI's Timesheet and Summary of Services (2/1/12 - 2/29/12)

| Date | Description of Activity | Time Expended | |
|---|---|---|---|
| | | HTB | MLG |
| 2/2/2012 | Further preliminary preparation for master's report | | 1.75 |
| 2/3/2012 | Review of email correspondence from A. Kessler; review of email correspondence from J. Goldberg; preparation of correspondence to counsel, regarding conference with J. Goldberg | 1.00 | 0.30 |
| 2/6/2012 | Coordination with counsel and judge's chambers re: status conference | | 0.20 |
| 2/16/2012 | Preparation for and attendance at status conference with Judge Goldberg; preparation of memo to file | 3.75 | 0.75 |
| 2/17/2012 | Preparation of Special Master Order No. 12 and correspondence to counsel; preparation of correspondence to J. Goldberg | 1.70 | 0.60 |
| 2/23/2012 | Correspondence to counsel re: status update | | 0.20 |
| 2/28/2012 | Review of A. Kessler 2/27/12 correspondence to Judge Restrepo | 0.20 | |



THE
## DISPUTE RESOLUTION INSTITUTE

660 TWO LOGAN SQUARE
18TH AND ARCH STREETS
PHILADELPHIA, PENNSYLVANIA 19103
www.DisputeRI.com

(800) 656-1-ADR(237)
(215) 656-4-DRI(374)
FAX (215) 656-4089

DIRECTOR
**Harris T. Bock, Esq.**
Bock@DisputeRI.com

April 30, 2012

Philadelphia Housing Authority
c/o Alan C. Kessler, Esquire
30 S. 17th Street
Philadelphia, PA 19103-4196

Tax I.D. 48-1294380

INVOICE

**RE:** **McDowell, *et al.* v. Philadelphia Housing Authority, *et al.*
<u>U.S. District Court E.D.PA., No. 97-cv-2302-MSG</u>**

The fee for professional services rendered by The Dispute Resolution Institute in the above-captioned matter, as more fully detailed in the attached "DRI's Timesheet and Summary of Services," for the period March 1, 2012 to April 30, 2012.

This invoice represents the interim
fee for said services rendered
during the above-referenced period ...............................<u>$708.75</u>

# The Dispute Resolution Institute

## Special Master Appointment (Eastern District of PA)

Jackie McDowell et al

v.

Philadelphia Housing Authority, et al

No. 97-cv-2302-MSG

|     | Total Hrs | Fee |
| --- | --- | --- |
| MLG | 1.15 | $201.25 |
| HTB | 1.75 | $507.50 |

**Total:** $708.75

### DRI's Timesheet and Summary of Services (3/1/12 - 4/30/12)

| Date | Description of Activity | Time Expended | |
| --- | --- | --- | --- |
|  |  | HTB | MLG |
| 3/29/2012 | Review of joint correspondence from counsel re: status update of settlement | 0.5 | 0.25 |
| 3/30/2012 | Review of file in preparation for correspondence to counsel in response to parties' joint request for stay of discovery | 0.75 | 0.50 |
| 4/13/2012 | Review of Judge Goldberg's Order | 0.10 |  |
| 4/18/2012 | Preparation of Special Master Order No. 13 and correspondence to counsel | 0.40 | 0.40 |