**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACKIE McDOWELL, et al., <br>                          Plaintiffs, <br>     v. <br> THE PHILADELPHIA HOUSING <br> AUTHORITY, et al., <br>                          Defendants. | CIVIL ACTION <br><br> NO. 97-2302 |

## THE PHILADELPHIA HOUSING AUTHORITY'S RESPONSE TO THE MOTION OF SPECIAL MASTER FOR CONFIRMATION OF TERMINATION OF APPOINTMENT AND APPROVAL OF FEES

The Philadelphia Housing Authority ("PHA"), through counsel, hereby submits its Response to the Motion of Special Master for Confirmation of Termination of Appointment and Approval of Fees.

1.       Admitted.

2.       Admitted.

3.       Admitted in part, denied as stated. It is admitted that the Special Master has discharged the duties as described in a more-than competent manner, exhibiting a preparation and review of the issues and documents and commitment to the task at hand. Nonetheless, PHA filed a Motion to Reinforce the Limited Authority of the Special Master on July 8, 2012, as PHA believed the responsibilities undertaken by the Master exceeded the Court's grant of authority and, in effect, the Master had supplanted this Court as the decision maker of all outstanding case-issues. The Court denied that motion as moot, refusing to limit the Master's duties at that time, and at least implicitly approving the work to date.

4.       Denied. This paragraph contains a writing which speaks for itself.

5.       Admitted.

6.      Admitted.  In light of the fact that PHA's Motion to Reinforce the Limited Authority of the Special Master was denied, that settlement is imminent, and with an overall view of the work the Master discharged on the case, PHA does not object to the proposed fees for professional services rendered.

7.      Admitted in part, denied in part.  It is admitted that Special Master Bock, recognizing the public-service nature of PHA, agreed to accept the rate of $290.00 per hour.  As any fees payable to the Master would necessarily be awarded by the Court, PHA could not object to the contents of the timesheets or the amounts of any invoice at the time they were submitted, thus, the remainder of this paragraph is denied.

8.      Admitted.

9.      Admitted.

10.     Admitted.

11.     Admitted.  By way of further answer, Special Master Bock has agreed to a 60-day period for payment of his fees.  A revised order is attached.

        Wherefore, Respondent Philadelphia Housing Authority, has no objection to the motion of Special Master Bock.


Dated: October 9, 2012                    Respectfully submitted,


                                          __/s/ Stephanie L. Kosta_____
                                          Alan C. Kessler (I.D. No. 22230)
                                          Stephanie L. Kosta (I.D. No. 89656)
                                          DUANE MORRIS LLP
                                          30 South 17th Street
                                          Philadelphia, PA 19103-4196
                                          (215) 979-1000
                                          *Attorneys for Defendant*
                                          *The Philadelphia Housing Authority*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACKIE McDOWELL, et al., | CIVIL ACTION |
|             Plaintiffs, | |
|    v. | NO. 97-2302 |
| THE PHILADELPHIA HOUSING AUTHORITY, et al., | |
|             Defendants. | |

**<u>ORDER</u>**

AND NOW, this     day of       2012, upon consideration of the Motion of Special Master Harris T. Bock, Esquire for Confirmation of Termination of Appointment and Approval of Fees, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Defendant, Philadelphia Housing Authority, shall pay the Special Master's fees totaling $41,903.75 within 60 days hereof.

**BY THE COURT:**

_____
                            **J.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of October 2011, a true and correct copy of the

foregoing document was electronically filed and is available for viewing and downloading from

the ECF system.

/s/ Stephanie L. Kosta