IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE MCDOWELL, et al., : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | 97-2302 |
| : | |
| PHILADELPHIA HOUSING : | |
| AUTHORITY, et al., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 24th day of May, 2013, upon consideration of the parties' Joint Memorandum of Law in Support of Court Approval of the Proposed Class Action Settlement (Doc. No. 267), which we will construe as a joint motion for final approval of the settlement, after a fairness hearing held on April 15, 2013 and for reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**.

                BY THE COURT:

                /s/ Mitchell S. Goldberg

                _____
                **Mitchell S. Goldberg, J.**