IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACKIE MCDOWELL, et al.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | 97-2302 |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY, et al.,** | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 29th day of May, 2013, it is hereby **ORDERED** that the Clerk of Court **REOPEN** and **REMOVE** this action from the Civil Suspense File.

**IT IS FURTHER ORDERED** that, in light of this Court's May 24, 2013 Memorandum Opinion and Order regarding the parties' Joint Memorandum of Law in Support of Court Approval of the Proposed Class Action Settlement, this action shall be marked **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**