Re. McDowell v. PHA  Oct 5, 2014
#97-2302

Mr. Reinhardt

Enclosed is documentation to also confirm as we discussed previously, PHA never paid for boxes and trunk.

Again, not only do I know I do not owe PHA anything, I also affirm that PHA is retaliating against me and has never paid and compensated me for the boxes and trucks which I had to move twice, once out of unit and once out of storage. PHA also did not pay for my property that they knew was also destroyed under the No Negative Contact Order as well.

Thermuthis Lee

## ABRAMSON & DENENBERG, P.C.
*Attorneys-at-Law*

.imon J. Denenberg*
Thomas Bruno, II*°
David H. Denenberg*▲
Alan E. Denenberg*°
D. Ben van Steenburgh*

* Member PA Bar
° Member NJ Bar
▲ Member DC Bar

Sixth Floor
1200 Walnut Street
Philadelphia, PA 19107-5450
e-mail: lawyers@adlawfirm.com
Fax: (215) 546-5355

(215) 546-1345

A Pennsylvania Corporation
registered in New Jersey
(856) 354-9385

Benjamin Abramson
1932 - 1978

Of Counsel:
Aileen Schwartz*°
Teri B. Himebaugh*

M. Roberts

December 7, 2006

Ms. Thermuthis Lee
4609 North Marvin Street
Philadelphia, PA. 19140

RE: **Philadelphia Housing Authority v. Thermuthis Lee**
**Court of Common Pleas – Philadelphia County**
**July Term, 2006 – No. 2215**

Dear Ms. Lee:

I am writing to you at this time to follow up the hearing held on December 4, 2006.

The Honorable Alan K. Silberstein will be issuing a Temporary Order compelling the Philadelphia Housing Authority to show you and your family 3 Unites so you may have the opportunity to relocate.

Under the terms of this agreement, Philadelphia Housing Authority has also agreed to provide you boxes and a moving truck. Furthermore, they have agreed to show you properties that have 3 bedrooms.

This matter should be relisted for a April or May trial date. We could further confirm that should you receive notice from the Philadelphia Housing Authority as to the properties they have available, I would be happy to go with you and your family to visit these properties to see whether they are suitable for you to relocate.

I continue to assist you in bringing this matter to a amicable resolution.

Sincerely,

David H. Denenberg

DHD/bab