IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE MCDOWELL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING | : | NO. 97-2302 |
| AUTHORITY, et al. | : | |

## ORDER

**AND NOW**, this 6th day of November, 2014, having conducted a hearing with Class Counsel for Plaintiffs and Counsel for Philadelphia Housing Authority on the Requests for Appeal of Thermuthis Lee (ECF Nos. 292 and 302), during which Ms. Lee agreed to withdraw her Requests for Appeal in exchange for payment and credits constituting complete satisfaction of her claims in the above-captioned case, it is hereby **ORDERED** that:

1. The Requests for Appeal of Thermuthis Lee (**ECF Nos. 292 and 302**) are **DEEMED WITHDRAWN**.

2. Counsel for Philadelphia Housing Authority shall coordinate with Class Counsel for Plaintiffs to ensure that Ms. Lee receives full payment of her claim, in the amount of $513.41, by no later than November 21, 2014. Counsel for Philadelphia Housing Authority shall also provide written documentation to confirm that the offset of Ms. Lee's PHA account has been reduced from $932.00 to $0.00 by no later than November 21, 2014.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE